UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARIES SULEIMAN,

    Plaintiff,

v.                                   CASE NO.: CASE NO.: 6:15-cv-00327-CEM-DAB

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.
_____/

**<u>CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT</u>**

    I hereby disclose the following pursuant to this Court's Interested Persons And Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to party:

    Liberty Mutual Insurance Company

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Liberty Mutual Insurance Company

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    Liberty Mutual Insurance Company

4.)   the name of each victim (individual or corporate) including every person who may be entitled to restitution:

    Liberty Mutual Insurance Company

5.)   Check one of the following:

__x___  a.   I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

    -or-

_____ b.   I certify that I am aware of a conflict or basis of recusal of the District udge or magistrate Judge as follows:  (explain).

Date: March 10, 2015
_____

    Law Office of J. Christopher Norris
    201 East Pine Street, Suite 875
    Orlando, FL 32801
    Telephone:  (407) 648-0123
    Attorney for Defendant, Liberty Mutual Insurance Company

     /s/ Maddge Penton_____
    MADDGE BERGISTE PENTON  FBN #0597856
    Primary E-mail (eservice only)
    OrlandoLegalMail@libertymutual.com
    Secondary E-mail:  Maddge.Penton@Libertymutual.com

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on the 10th day of March, 2015, that the foregoing Notice of Removal has been furnished via regular mail and electronically filed the foregoing with the Clerk of the Court by using the CM/ECF systems which will send a notice of ECF to all counsel of record listed below:

**Plaintiff's Counsel:**
D. Graham Anderson, Esquire
Bogin, Munns & Munns, P.A.
140 Highland Avenue
Clermont, FL 34711
Primary E-Mail: ganderson@boginmunns.com
Secondary E-mail: BMMservice@boginmunns.com
Telephone:  (352) 243-8981

Law Office of J. Christopher Norris
201 East Pine Street, Suite 875
Orlando, FL 32801
Telephone:  (407) 648-0123
Attorney for Defendant, Liberty Mutual Insurance Company

/s/ maddge penton
MADDGE BERGISTE PENTON  FBN #0597856
Primary E-mail (eservice only) OrlandoLegalMail@libertymutual.com
Secondary E-mail:  Maddge.Penton@Libertymutual.com